| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* 06-CR-20036-01 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE SHEEHAN, Lauren | DISTRICT Eastern District of Michigan | DIVISION **Detroit** |
|---|---|---|
| | NAME OF SENTENCING JUDGE Hon. Victoria A. Roberts | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM January 25, 2008 | TO January 24, 2011 |

*RECEIVED MAR 3 1 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS*

OFFENSE

Importation of a Controlled Substance; and Possession with Intent to Distribute a Controlled Substance.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Michigan

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_2/25/08_
Date

_/s/ Victoria A. Roberts_
Hon. Victoria A. Roberts
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 1 1 2008
Effective Date

_/s/ James F. Holderman_
United States District Judge

FILED
APR 1 4 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE CONLON
MAGISTRATE JUDGE COLE

08 CR 318