08CR 318



FILED
4-29-08
APR 29 2008  LCW
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

USA,

                Plaintiff(s),

v.                                    Case No. 2:06-cr-20036-VAR-MKM

Lauren Sheehan,

                Defendant(s).

---

### NOTICE OF TRANSFER OF JURISDICTION OF PROBATIONER

TO: U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

    The above entitled case has been transferred to your Court under the provisions of 18 U.S.C. § 3605, authorizing transfer of jurisdiction of probationer. Enclosed is the Order of Transfer and certified copies of the docket sheet, Indictment, and Judgment.

    Please acknowledge receipt of these documents by returning a time-stamped copy of this Notice to:

        Clerk's Office
        U.S. District Court for the Eastern District of Michigan
        231 W. Lafayette Blvd., 5th Floor
        Detroit, MI
        48226
        (313) 234-5005

#### Certification

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          DAVID J. WEAVER, CLERK OF COURT

                                          By: s/ K. Gehanian
                                               Deputy Clerk

Dated: April 25, 2008

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CRIMINAL DOCKET FOR CASE #: 2:06-cr-20036-VAR-MKM-1
### Internal Use Only

Case title: USA v. Sheehan
Other court case number: 06-30025 OPEN
Magistrate judge case number: 2:06-mj-30025-JU

Date Filed: 01/19/2006
Date Terminated: 01/11/2007

Assigned to: District Judge Victoria A Roberts
Referred to: Magistrate Judge Mona K Majzoub

**Defendant (1)**

**Lauren Sheehan**
*TERMINATED: 01/11/2007*

represented by **Federal Defender**
Federal Defender Office
613 Abbott
5th Floor
Detroit, MI 48226
313-967-5542
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Mitchell H. Nelson**
Cochran Firm
398 Kent Way
White Lake, MI 48383-2798
248-461-6777
Fax: 248-461-6778
Email: mitcham@mac.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Stacey M. Studnicki**
Federal Defender Office
613 Abbott
5th Floor
Detroit, MI 48226
313-967-5856
Email: Stacey_M_Studnicki@fd.org
*LEAD ATTORNEY*

[Certification stamp: I hereby certify that the foregoing is a true copy of the original on file in this office. CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF MICHIGAN, by Deputy]

*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| CONTROLLED SUBSTANCES - IMPORT (1) | IMPRISONMENT: 12 MONTHS AND 1 DAY TO BE SERVED CONCURRENT; SUPERVISED RELEASE: 3 YEARS CONCURRENT, SUPERVISION TO BE IN NORTHERN DISTRICT OF ILLINOIS; SPECIAL ASSESSMENT: $200. |
| CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (2) | IMPRISONMENT: 12 MONTHS AND 1 DAY TO BE SERVED CONCURRENT; SUPERVISED RELEASE: 3 YEARS CONCURRENT, SUPERVISION TO BE IN NORTHERN DISTRICT OF ILLINOIS; SPECIAL ASSESSMENT: $200. |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT | IMPRISONMENT: 12 MONTHS AND 1 DAY TO BE SERVED CONCURRENT; SUPERVISED RELEASE: 3 YEARS CONCURRENT, SUPERVISION TO BE IN NORTHERN DISTRICT OF ILLINOIS; SPECIAL ASSESSMENT: $200. |

**Plaintiff**
USA                              represented by **David A. Gardey**
                                 U.S. Attorney's Office (Detroit)

211 W. Fort Street
Suite 2001
Detroit, MI 48226
313-226-9100
Email: David.Gardey@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2006 | 1 | COMPLAINT sworn before Honorable Mona K Majzoub as to Lauren Sheehan (1). (NWI) (LBar, ) [2:06-mj-30025-JU] (Entered: 01/12/2006) |
| 01/12/2006 |  | Minute Entry for proceedings held before Honorable Mona K Majzoub: Initial Appearance as to Lauren Sheehan. Bond Info: Lauren Sheehan (1) $10,000.00 - Unsecured. Preliminary Examination set for 2/1/2006 @ 01:00 PM. Disposition: Bond Issued (Tape #: MKM 01/12/06) (Defendant Attorney: Andrew Densemo) (AUSA: David A. Gardey) (LBar, ) [2:06-mj-30025-JU] (Entered: 01/12/2006) |
| 01/12/2006 | 2 | ORDER APPOINTING FEDERAL DEFENDER as to Lauren Sheehan. Signed by Honorable Mona K Majzoub. (KGeha, ) [2:06-mj-30025-JU] (Entered: 01/13/2006) |
| 01/12/2006 | 3 | ORDER Setting Conditions of Release as to Lauren Sheehan (1) $10,000 unsecured. Signed by Honorable Mona K Majzoub. (KGeha, ) [2:06-mj-30025-JU] (Entered: 01/13/2006) |
| 01/12/2006 | 4 | Bond as to Lauren Sheehan in the amount of $10,000 unsecured entered. (KGeha, ) [2:06-mj-30025-JU] (Entered: 01/13/2006) |
| 01/17/2006 | 5 | ATTORNEY APPEARANCE: Stacey M. Studnicki appearing for Lauren Sheehan. (Studnicki, Stacey) [2:06-mj-30025-JU] (Entered: 01/17/2006) |
| 01/19/2006 | 6 | INDICTMENT as to Lauren Sheehan (1) count(s) 1, 2. (DHame, ) (Entered: 01/20/2006) |
| 02/01/2006 |  | Minute Entry for proceedings held before Honorable Mona K Majzoub: Arraignment as to Lauren Sheehan (1) Counts 1,2 held on 2/1/2006. Bond Continued from Case Number 06-30025. Disposition: Plea of Not Guilty Entered (Tape #: MKM 02/01/06) (Defendant Attorney: Mitchell Nelson) (AUSA: David Gardey) (LBar, ) (Entered: 02/01/2006) |
| 02/01/2006 | 8 | NOTICE OF ATTORNEY APPEARANCE: Mitchell H. Nelson appearing for Lauren Sheehan (DHame, ) (Entered: 02/02/2006) |
| 02/01/2006 | 9 | ACKNOWLEDGEMENT of indictment by Lauren Sheehan. (DHame, ) (Entered: 02/02/2006) |
| 02/02/2006 | 7 | TRIAL NOTICE AND STANDING ORDER as to Lauren Sheehan Jury Trial set for 3/28/2006 09:00 AM before Honorable Victoria A Roberts. Motions due by 2/22/2006. Plea due by 3/14/2006. Signed by Honorable |

| | | |
|---|---|---|
| | | Victoria A Roberts. SEE IMAGE FOR ADDITIONAL DEADLINES (CPin, ) (Entered: 02/02/2006) |
| 02/13/2006 | 10 | DISCOVERY NOTICE by USA as to Lauren Sheehan (Gardey, David) (Entered: 02/13/2006) |
| 03/13/2006 | | Set/Reset Deadlines/Hearings as to Lauren Sheehan: Plea Hearing set for 3/17/2006 03:00 PM before Honorable Victoria A Roberts. (CPin, ) (Entered: 03/13/2006) |
| 03/17/2006 | | Minute Entry for proceedings held before Honorable Victoria A Roberts : Plea Hearing, Plea Entered by Lauren Sheehan (1) Guilty Count 1,2. Sentencing set for 8/14/2006 02:00 PM before Honorable Victoria A Roberts.(Court Reporter: Janice Coleman) (Defendant Attorney: Mitchell H. Nelson) (AUSA: David A. Gardey) (CPin, ) (Entered: 03/17/2006) |
| 03/17/2006 | 11 | ACKNOWLEDGEMENT of advice as to constitutional rights by Lauren Sheehan. (KGeha, ) (Entered: 03/20/2006) |
| 07/19/2006 | | Set/Reset Deadlines/Hearings as to Lauren Sheehan: **Sentencing set for 8/14/2006 02:00 PM before Honorable Victoria A Roberts.** (CPin, ) (Entered: 07/19/2006) |
| 08/10/2006 | 12 | SENTENCING MEMORANDUM by Lauren Sheehan (Nelson, Mitchell) (Entered: 08/10/2006) |
| 08/17/2006 | | Set/Reset Deadlines/Hearings as to Lauren Sheehan: **Sentencing reset for 9/7/2006 01:30 PM before Honorable Victoria A Roberts.** Adjourned from 8/14/06 (CPin, ) (Entered: 08/17/2006) |
| 09/07/2006 | | Set/Reset Deadlines/Hearings as to Lauren Sheehan: **Sentencing set for 1/8/2007 02:30 PM before Honorable Victoria A Roberts.** (CPin, ) (Entered: 09/07/2006) |
| 01/08/2007 | | Minute Entry for proceedings held before Honorable Victoria A Roberts : Sentencing held as to Lauren Sheehan. (Court Reporter: Janice Coleman) (Defendant Attorney: Mitchell Nelson) (AUSA: David Gardey) (CPin, ) (Entered: 01/10/2007) |
| 01/11/2007 | 13 | JUDGMENT as to Lauren Sheehan. Signed by Honorable Victoria A Roberts. (AGre, ) (Entered: 01/18/2007) |
| 03/26/2007 | 14 | Judgment Returned Executed as to Lauren Sheehan on 3/15/07. (JCre) (Entered: 03/27/2007) |
| 05/09/2007 | 15 | TRANSCRIPT of Sentence Hearing held on January 6, 2007 as to Lauren Sheehan. (Court Reporter: Janice Coleman) (Number of Pages: 21) (DEld) (Entered: 05/10/2007) |
| 05/09/2007 | 16 | TRANSCRIPT of Sentence Hearing held on September 7, 2006 as to Lauren Sheehan. (Court Reporter: Janice Coleman) (Number of Pages: 18) (DEld) (Entered: 05/10/2007) |
| 08/07/2007 | 17 | (Court only) ***Sealed Matter as to Lauren Sheehan. (KGeh) (Entered: 08/08/2007) |

| 08/08/2007 | 18 | NOTICE of Correction re 17 Sealed Matter as to Lauren Sheehan. (JOwe) (Entered: 08/08/2007) |
| --- | --- | --- |
| 04/24/2008 | 19 | TRANSFER OF JURISDICTION to USDC Northers District of Illinois as to Lauren Sheehan. (KGeh) (Entered: 04/25/2008) |
| 04/25/2008 | 20 | NOTICE transferring case to *NORTHERN DISTRICT OF ILLINOIS* as to Lauren Sheehan. (KGeh) (Entered: 04/25/2008) |

3

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>D-1    LAUREN SHEEHAN,<br><br>Defendant. | Case: 2:06-cr-20036<br>Assigned To : Roberts, Victoria A<br>Referral Judge: Majzoub, Mona K<br>Assign. Date : 01/19/2006 4:54PM<br>Description: INDI USA V. SHEEHAN (DA)<br><br>VIOLATIONS:    21 U.S.C. § 952(a)<br>21 U.S.C. § 841(a)(1) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

### 21 U.S.C. § 952(a) - Importation of a Controlled Substance

D-1    LAUREN SHEEHAN

On or about January 11, 2006, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, LAUREN SHEEHAN, did knowingly and intentionally import into the United States, from a place outside thereof, a controlled substance; in violation of Title 21, United States Code, Section 952(a) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(3), it is further alleged that this violation involved a mixture and substance containing a detectable amount of 3,4 methylenedioxymethamphetamine (also known as "MDMA" or "Ecstasy").

I hereby certify that the foregoing is a true copy of the original on file in this Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

By_____
            Deputy

## COUNT 2

**21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute a Controlled Substance**

D-1   LAUREN SHEEHAN

On or about January 11, 2006, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, LAUREN SHEEHAN, did knowingly and intentionally possess with intent to distribute a controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of 3,4 methylenedioxymethamphetamine (also known as "MDMA" or "Ecstasy").

THIS IS A TRUE BILL.

s/Grand Jury Foreperson

STEPHEN J. MURPHY
United States Attorney

s/David A. Gardey (P48990)
Assistant United States Attorney

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes     ☒ No | AUSA's Initials: |

Case Title: USA v. LAUREN SHEEHAN

County where offense occurred : Wayne

Check One:     ☒ Felony          ☐ Misdemeanor          ☐ Petty

____Indictment/____Information --- no prior complaint.
_X_Indictment/____Information --- based upon prior complaint [Case number: 06-30025]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information:

Superseding to Case No: _____     Judge: _____

☐  Original case was terminated; no additional charges or defendants.
☐  Corrects errors; no additional charges or defendants.
☐  Involves, for plea purposes, different charges or adds counts.
☐  Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                **Charges**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

January 19, 2006
Date

David A. Gardey
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9591
Fax: (313) 226-3265
E-Mail address: David.Gardey@usdoj.gov
Attorney Bar #: P48990

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/2004

# United States District Court
### Eastern District of Michigan

| United States of America | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | |
| LAUREN SHEEHAN | Case Number: 06CR20036-1 |
| | USM Number: 40201-039 |
| | Mitchell H. Nelson |
| | Defendant's Attorney |

**FILED**

JAN 1 1 2007

CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

**THE DEFENDANT:**

■ Pleaded guilty to count(s) **1 & 2**.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 952(a) | Importation of a Controlled Substance | 1/11/06 | 1 |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance | 1/11/06 | 2 |

The defendant is sentenced as provided in pages **2 through 6** of this judgment. This sentence is imposed pursuant to the Sentencing Reform Act of 1984

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

1/8/07
Date of Imposition of Judgment

*Victoria A Roberts* (signature)

Victoria A Roberts
United States Judge

JAN 1 1 2007

Date Signed

I hereby certify that the foregoing is a true copy of the original on file in the Office.

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

By _____ Deputy

O245B [Rev. 12/03] Judgment in a Criminal Case
Sheet 2 - Imprisonment

Judgment-Page 2 of 6

DEFENDANT: LAUREN SHEEHAN
CASE NUMBER: 06CR20036-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **12 months and 1 day on each count (1 & 2) to be served concurrent.**

The defendant shall surrender for service of sentence at the institutuion designated by the Bureau of Prison: **as notified by the United States Marshal.**

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ a
_____, with a certified copy of this judgment.

_____
United States Marshal

_____
Deputy United States Marshal

AO245B [Rev. 12/03] Judgment in a Criminal Case
Sheet 3- Supervised Release

Judgment-Page 3 of 6

DEFENDANT: LAUREN SHEEHAN
CASE NUMBER: 06CR20036-1

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **3 years on each count (1 & 2) concurrent. Supervision to be in Northern District of Illinois**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

If the defendant is convicted of a felony offense, DNA collection is required by Public Law 108-405.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. Revocation of supervised release is mandatory for possession of a controlled substance.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report ot the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and

14) the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. Revocation of supervised release is mandatory for possession of a firearm.

AO245B [Rev. 12/03] Judgment in a Criminal Case
Sheet 3C - Supervised Release

Judgment-Page 4 of 6

DEFENDANT: LAUREN SHEEHAN
CASE NUMBER: 06CR20036-1

## SPECIAL CONDITIONS OF SUPERVISION

**Standard conditions and any specific conditions recommended by the Northern District of Illinois**

AO245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 5 - Criminal Monetary Penalties

Judgment-Page 5 of 6

DEFENDANT: LAUREN SHEEHAN
CASE NUMBER: 06CR20036-1

## CRIMINAL MONETARY PENALTIES

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS: | $ 200.00 | $ 0.00 | $ 0.00 |

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TOTALS: | $ 0.00 | $ 0.00 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO245B [Rev. 12/03] Judgment in a Criminal Case
Sheet 5A - Criminal Monetary Penalties

Judgment-Page 6 of 6

DEFENDANT: LAUREN SHEEHAN
CASE NUMBER: 06CR20036-1

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

The Court waives the imposition of a fine and costs of imprisonment and supervision due to the defendant's inability to pay.